AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

E-filing

Northern District of California

| | |
|---|---|
| Yates, Lieber, Bohlke, and Bohlke, et al. <br> Plaintiff <br> v. <br> County of Marin, et al. <br> Defendant | ) <br> ) CV 08    2312 <br> ) Civil Action No. <br> ) <br> ) <br>    VRW |

**Summons in a Civil Action**

To:  See Attachment
     *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 5 2008

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Guy B. Wallace, State Bar No. 176151
Nancy Park, State Bar No. 236750
Christian Schreiber, State Bar No. 245597
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TDD: (415) 421-1655

Stephen M. Murphy, State Bar No. 103768
Law Office of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, ELLEN LIEBER, RUSS BOHLKE, and VICKY BOHLKE, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF MARIN ("the COUNTY"); STEVE KINSEY, in his official capacity as President of the Board of Supervisors; SUSAN L. ADAMS, HAROLD C. BROWN, JR., CHARLES McGLASHAN, and JUDY ARNOLD, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | No. _____  2318<br><br>VRW<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR DISCRIMINATION AGAINST PERSONS WITH DISABILITIES IN VIOLATION OF: THE AMERICANS WITH DISABILITIES ACT OF 1990; SECTION 504 OF THE REHABILITATION ACT OF 1973; CAL. CIV. CODE §§51, *ET SEQ.*, CAL. CIV. CODE §§54, *ET SEQ.*, AND CAL. GOVT. CODE §§11135, *ET SEQ.***<br><br><u>CLASS ACTION</u> |

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

YATES, ET AL. V. COUNTY OF MARIN, ET AL.
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR DISCRIMINATION