Guy B. Wallace, State Bar No. 176151
Nancy Park, State Bar No. 236750
Christian Schreiber, State Bar No. 245597
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TDD: (415) 421-1655

Stephen M. Murphy, State Bar No. 103768
Law Office of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, ELLEN LIEBER, RUSS BOHLKE, and VICKY BOHLKE, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF MARIN ("the COUNTY"); STEVE KINSEY, in his official capacity as President of the Board of Supervisors; SUSAN L. ADAMS, HAROLD C. BROWN, JR., CHARLES McGLASHAN, and JUDY ARNOLD, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | No. CV-08-2312<br><br><br>**NOTICE OF DISMISSAL** |

1  Pursuant to Fed. R. Civ. P. 41, Plaintiffs Audrey Craig Yates, Ellen Lieber, Russ Bohlke, and Vicky Bohlke hereby file this Notice of Dismissal of their claims without prejudice. Defendants have not yet answered Plaintiffs' complaint.

DATED: May 28, 2008

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

____/s/_____
GUY B. WALLACE
Attorney for Plaintiffs