1  Guy B. Wallace, State Bar No. 176151
   Nancy Park, State Bar No. 236750
2  Christian Schreiber, State Bar No. 245597
   SCHNEIDER WALLACE
3  COTTRELL BRAYTON KONECKY LLP
   180 Montgomery Street, Suite 2000
4  San Francisco, California 94104
   Telephone: (415) 421-7100
5  Facsimile: (415) 421-7105
   TDD: (415) 421-1655
6
   Stephen M. Murphy, State Bar No. 103768
7  Law Office of Stephen M. Murphy
   180 Montgomery Street, Suite 940
8  San Francisco, CA 94104
   Telephone: (415) 986-1338
9  Facsimile: (415) 986-1231

10
   Attorneys for Plaintiffs
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO/OAKLAND DIVISION

15

| | |
|---|---|
| CRAIG YATES, ELLEN LIEBER, RUSS BOHLKE, and VICKY BOHLKE, on behalf of themselves and all others similarly situated; | No. CV-08-2312 |
| Plaintiffs, | |
| vs. | **NOTICE OF DISMISSAL** |
| THE COUNTY OF MARIN ("the COUNTY"); STEVE KINSEY, in his official capacity as President of the Board of Supervisors; SUSAN L. ADAMS, HAROLD C. BROWN, JR., CHARLES McGLASHAN, and JUDY ARNOLD, in their official capacities as members of the Board of Supervisors; | |
| Defendants. | |

IT IS SO ORDERED
Judge Vaughn R Walker

Dated: May 30, 2008

1  Pursuant to Fed. R. Civ. P. 41, Plaintiffs Audrey Craig Yates, Ellen Lieber, Russ Bohlke, and
2  Vicky Bohlke hereby file this Notice of Dismissal of their claims without prejudice.  Defendants have
3  not yet answered Plaintiffs' complaint.

DATED: May 28, 2008         SCHNEIDER WALLACE
                            COTTRELL BRAYTON
                            KONECKY LLP


                            ____/s/_____
                            GUY B. WALLACE
                            Attorney for Plaintiffs